Brian E. Hawes (SBN 104519)
Law Offices of Brian E. Hawes
951 Mariner's Island Blvd., Suite 630
San Mateo, CA 94404
Telephone: (408) 271-1917
Facsimile: (650) 573-9689

Attorney for Plaintiff
Peter Austin-Small

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER AUSTIN-SMALL,<br><br>    Plaintiff,<br><br>vs.<br><br>BRINKER INTERNATIONAL PAYROLL COMPANY, L.P., and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO: 3:06-cv-6343 SI<br><br>**RULE 41 DISMISSAL OF PLAINTIFF'S ACTION WITH PREJUDICE** |

Plaintiff PETER AUSTIN-SMALL, by his attorney, and defendant BRINKER INTERNATIONAL PAYROLL COMPANY, L.P., by its attorney, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, stipulate as follows:

1. Plaintiff and Defendant hereby stipulate to the dismissal of this action, with prejudice;

2. Each party shall bear his or its own attorneys' fees and costs;

3. This stipulation is entered into pursuant to a settlement entered into by the parties.

1

| | | |
|---|---|---|
| 1 | Dated: January 5, 2007 | LITTLER MENDELSON, P.C. |
| 2 | | |
| 3 | | By _/s/ Brian T. McMillan_<br>Brian T. McMillan |
| 4 | | |
| 5 | | Attorneys for Defendant<br>BRINKER INTERNATIONAL PAYROLL COMPANY, L.P. |
| 6 | | |
| 7 | | |
| 8 | Dated: January 11, 2007 | LAW OFFICES OF BRIAN E. HAWES |
| 9 | | |
| 10 | | By _/s/ Brian E. Hawes_<br>Brian E. Hawes |
| 11 | | |
| 12 | | Attorneys for Plaintiff<br>PETER AUSTIN-SMALL |

2

Peter Austin-Small v. Brinker International Payroll Company, L.P., et al.    Rule 41 Dismissal of Plaintiff's Action with Prejudice    Case No: 3:06-cv-6343 SI